**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Paul A. Lemke, III
Owens & Lemke, Inc.
P. O. Box 595
Harrisonburg LA 71340

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on August 19, 2020 |

**REHEARING ACTION: August 19, 2020**

**Docket Number: 19   00553-CA**

**G.C. PROPERTIES OF JACKSON PARISH, LLC**
**VERSUS**
**CAROL R. RAINEY**

**Appealed from LaSalle Parish Case No. 41220**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **G.C. Properties of Jackson Parish, LLC** is:

> **DENIED.**
>
> Cooks, J., concurs.  Remand would be a vain and useless expenditure of judicial time.  Plaintiff failed again to indicate what evidence, if any, plaintiff intends to present below that would change the outcome of this court's ruling.

cc: Mark Lee Talley, Counsel for the Appellant
     Donald R. Wilson, Counsel for the Appellant